UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

**GERTRUDE NEUMARK ROTHSCHILD**

       **Plaintiff**

  -against-

**CREE, INC.**

       **Defendant**

-----------------------------------------------------

05 Civ 5939-WGY
Order

**WILLIAM G. YOUNG, United States District Judge.**

This Court earlier allowed Rothschild's motion to amend the protective order, although the Court modified it to prohibit the filing of confidential materials in Court. Upon reconsideration, the Court denies the motion to amend the protective order, although the prohibition against filing confidential materials with the Court remains. This ruling expresses no opinion whatsoever concerning whether Rothschild may introduce the licensing agreements in evidence for any relevant reason.

    **SO ORDERED**

                                    William G. Young
                                    District Judge

**Dated:**
**October 2, 2009**