UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------ x
                                                       :
GERTRUDE NEUMARK ROTHSCHILD,                           :
                                                       :   No. 05-CV-5939 (WGY)
                   Plaintiff,                          :
                                                       :
       v.                                              :
                                                       :
CREE, INC.                                             :
                                                       :
                   Defendant.                          :
                                                       :
------------------------------------------------------ x
```

### NOTICE OF MOTION AND JOINT MOTION TO TRANSFER VENUE
### TO THE DISTRICT OF MASSACHUSETTS

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1404(a), Plaintiff Gertrude Neumark Rothschild and Defendant Cree, Inc. will move this Court before the Honorable William G. Young, United States District Judge, District of Massachusetts, sitting by designation in the Southern District of New York, at a date and time to be determined by the Court, for an Order transferring the above-captioned proceeding to Judge Young in the United States District Court for the District of Massachusetts.

The grounds upon which this motion is based are set forth in the annexed Memorandum in Support of Joint Motion to Transfer Venue to the District of Massachusetts, and upon all the pleadings and prior proceedings heretofore had herein.

2

Dated:  January 15, 2010

TROUTMAN SANDERS LLP

By: /s/ Daniel A. Ladow

Albert L. Jacobs, Jr.
Daniel A. Ladow
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 704-6000
Facsimile: 212 704 5903

*Attorneys for Plaintiff Gertrude Neumark Rothschild*

Dated:  January 15, 2010

WEIL, GOTSHAL & MANGES LLP

By: /s/ David C. Radulescu

David C. Radulescu
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Matthew D. Powers (admitted *pro hac vice*)
Rip Finst (admitted *pro hac vice*)
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
(650) 802-3000

Lynne A. Borchers
Myers Bigel Sibley & Sajovec, P.A.
4140 Parklake Avenue
Raleigh, North Carolina 27612
(919) 854-1400

*Attorneys for Defendant Cree, Inc.*